**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

UNITED STATES OF AMERICA,

v.                                                               CASE NO. 1:16-CR-68-HAB

REGINALD GANT,

Defendant.

## OPINION AND ORDER

Defendant, Reginald Gant ("Gant"), filed a motion requesting free copies of documents from his criminal case. (ECF No. 76). Gant indicates that he would like these documents so he can "use actual language regarding said case proceedings." *Id.* The problem, however, is that there are no actual proceedings before the Court and the time for postconviction motions, such as a motion under 28 U.S.C. §2255, is likely time-barred since Gant's judgment of conviction became final in March 2019. Gant has also not filed any other petition or motion for relief in this Court for which citation to the actual case proceedings would be required.

Under 28 U.S.C § 2250, indigent petitioners in habeas actions are entitled to free copies "of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending." But here, because no application is before the Court, the Court denies Defendant's request for free copies (ECF No. 76) and DIRECTS the Clerk to provide a letter to the Defendant advising him of the cost of the documents he seeks.

**SO ORDERED** this 12th day of May 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT